# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

Decided and Entered:  September 24, 2015                    520297
_____

In the Matter of KEVIN PHILLIP,
                    Petitioner,

    v                                        MEMORANDUM  AND  JUDGMENT

STEVEN E. RACETTE, as
    Superintendent of Clinton
    Correctional Facility,
                    Respondent.
_____

Calendar Date:  August 10, 2015

Before:  Peters, P.J., Lahtinen, Rose and Lynch, JJ.

_____

    Kevin Phillip, Coxsackie, petitioner pro se.

    Eric T. Schneiderman, Attorney General, Albany (Peter H. Schiff of counsel), for respondent.

_____

    Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Clinton County) to review a determination of respondent which found petitioner guilty of violating certain prison disciplinary rules.

    Determination confirmed.  No opinion.

    Peters, P.J., Lahtinen, Rose and Lynch, JJ., concur.

ADJUDGED that the determination is confirmed, without costs, and petition dismissed.

ENTER:

Robert D. Mayberger
Clerk of the Court